1  Shannon Seibert (CBN 240317)
   seibert@ssjblaw.com
2  Joe Bautista (CBN 255708)
   joebau@ssjblaw.com
3  **SEIBERT & BAUTISTA**
4  100 Pine Street, Ste. 1250
   San Francisco, CA  94111
5  Tel:  415.954.9455
   Fax: 415.494.8115
6
7  Attorneys for Plaintiff

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

12 | | |
   |---|---|
   | DESOTO CAB COMPANY, INC., d/b/a FLYWHEEL TAXI, | CASE NO.: 3:15-cv-04375-JSC |
   | | **[PROPOSED] ORDER** |
   | Plaintiff, | The Honorable Edward M. Chen |
   | vs. | |
   | MICHAEL PICKER; MIKE FLORIO; CATHERINE J.K. SANDOVAL; CARLA J. PETERMAN; LIANE M. RANDOLPH, in their official capacities as Commissioners of the Public Utilities Commission of the State of California; and DOES 1 through 20, inclusive, | |
   | Defendants. | |

## [PROPOSED] ORDER

On April 18, 2016, Plaintiff DeSoto Cab Company d/b/a Flywheel Taxi ("Plaintiff") and Defendants Michael Picker, Mike Florio, Catherine J.K. Sandoval, Carla J. Peterman, and Liane M. Randolph (collectively, "Defendants"), filed a Stipulated Request to Extend Time to File Opposition and Reply Briefing for Defendants' Motion to Dismiss.

Based on the stipulation of counsel, and good cause appearing, the Court sets the following deadlines:

1. Plaintiff shall file its Opposition to Defendants' Motion to Dismiss no later than May 2, 2016;

2. Defendants shall file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss no later than May 16, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: ___April 19___, 2016

_____
The Honorable Edward M. Chen
United States District



IT IS SO ORDERED
Judge Edward M. Chen